

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00370-CV

DUANE TERRIS BUSBY                                    APPELLANT

V.

SARAH ELEANOR BUSBY                                  APPELLEE

-----------

FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 233-622305-17

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

Appellant's brief was originally due December 27, 2017. On that day, this court granted his motion for an extension of time to file his brief and ordered the brief due January 10, 2018. On January 25, 2018, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the

---

[1]*See* Tex. R. App. P. 47.4.

appeal for want of prosecution unless appellant filed with the court within ten days an appellant's brief and a motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DELIVERED: March 15, 2018